**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


John Doe

                        Plaintiff,

v.                                            Case No.: 1:26–cv–03963

                                            Honorable Steven C. Seeger

Verano Holdings Corp., et al.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 23, 2026:


      MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to seal (Dckt. No. [3]) is tentatively granted, in part. The Court grants the motion to seal to the extent that the notice of removal and attachments include addresses of any class members. The supporting case law cited by Defendants (including the Dancel) does not appear to have addressed whether the names of putative class members (as opposed to their addresses) are deemed to be confidential. The cited portion of Dancel addressed the need for jurisdictional discovery, not the confidentiality of the names of putative class members. No later than one week after the filing of this order, Defendants must file a supplemental brief that addresses whether district courts must or should protect the confidentiality of the names of putative class members. Mailed notice(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.