**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

John Doe

Plaintiff,

v.

Case No.: 1:26−cv−03963
Honorable Steven C. Seeger

Verano Holdings Corp., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The motion for leave to file a sur−reply (Dckt. No. [30]) is hereby granted. Parties shouldn't get in the habit of filing sur−replies. But here, Defendants filed a new declaration with their reply brief, so this Court will allow a sur−reply. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.