**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

John Doe

Plaintiff,

v.

Case No.: 1:26−cv−03963
Honorable Steven C. Seeger

Verano Holdings Corp., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to stay the deadline to respond to the complaint [35] is hereby granted. The deadline to respond to the complaint is stayed until the Court issues a ruling on the motion to compel arbitration. If the Court denies the motion, then the answer will be due two weeks later. (Don't read anything into it.) Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.